THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCAS BOUGES, Appellant. [614 NYS2d 345] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Brandt, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD THURLOW, Appellant. [614 NYS2d 345] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Custodial Interference, 1st Degree.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ.